UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 8:08-CR-154-T-27 TBM |
| | : | |
| JAVIER HERNANDEZ | : | |

**MOTION BY THE UNITED STATES
FOR REDUCTION IN SENTENCE PURSUANT
TO FED. R. CRIM. P. 35(b) AND 18 U.S.C. §3553(e)**

The United States of America, by Robert E. O'Neill, United States Attorney for the Middle District of Florida, pursuant to Fed. R. Crim. P. 35(b) and 18 U.S.C. § 3553(e), hereby moves for a TWO (2) level reduction in Defendant Javier Hernandez's offense level and, in support thereof, states as follows:

**MEMORANDUM OF LAW**

1.  The defendant was sentenced on February 24, 2011, to a term of 121 months imprisonment, pursuant to Fed.R.Crim.P. Rule 11(c)(1)(C). The defendant's adjusted offense level was thirty-one (31), with a Criminal History Category I, which had a sentencing range of 108 to 135 months. Therefore, the Court accepted the parties' agreement as to the appropriate sentence and the defendant was sentenced at the mid-range of the applicable guidelines range.

2. Since his sentencing, the Defendant has continued to assist law enforcement, which assistance, the government views as substantial assistance. The Defendant's cooperation involved his cooperation against the co-defendant in this case, Jorge Luis Perez Vega. Specifically, the Defendant assisted with respect to Perez-Vega's voluntary surrender in the United States to face prosecution, as well as with respect to Defendant's willingness to testify against Perez-Vega. The Defendant's information and testimony was significant as it related to criminal conduct during the five-year (statute of limitations) period preceding the return of the indictment. The Defendant's willingness to testify was clearly a factor in obtaining a guilty plea from Defendant Perez-Vega, who was sentenced by this Court on November 14, 2012, to 78-months' incarceration.

3. The substantial assistance giving rise to the instant motion was not, nor could it have been, completed in the one-year period following imposition of his sentence. This is because the co-defendant's prosecution, upon which this motion is based, was not completed until after that one-year period. Thus, the filing of the instant motion falls within the one-year exception to the filing of Rule 35(b) motions, pursuant to Rule 35(b)(2).

4. Based on the above, the United States moves the Court for a TWO (2) level departure for Defendant's substantial assistance. That departure would result in an adjusted offense level of twenty-nine (29), Criminal History Category I, and a sentencing guidelines range of 87 to 108 months. Although the Defendant was previously sentenced at the mid-range of the applicable guidelines range, the United States requests that the Court sentence the defendant to a term of 87-months' incarceration, which is at the low end of the applicable range.

WHEREFORE, the United States respectfully requests that the Court grant the instant motion, resentence the Defendant to a term of 87 months' incarceration, and grant such other and further relief as is just and proper.

    Respectfully submitted,

    ROBERT E. O'NEILL
    United States Attorney


By:   s/*W. Stephen Muldrow*
    W. STEPHEN MULDROW
    Assistant United States Attorney
    USA No. 078
    United States Attorney's Office
    400 North Tampa Street, Suite 3200
    Tampa, Florida 33602
    Telephone:  (813) 274-6000
    Facsimile:   (813) 274-6178
    E-mail: w.stephen.muldrow@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2013, I electronically filed the foregoing document with the Clerk of the Court by using the CM / ECF system which will send a notice of electronic filing to the following:

Joaquin Perez, Esquire

|  |  |
|---|---|
| By: | s/*W. Stephen Muldrow* |
|  | W. STEPHEN MULDROW |
|  | Assistant United States Attorney |
|  | USA No. 078 |
|  | United States Attorney's Office |
|  | 400 North Tampa Street, Suite 3200 |
|  | Tampa, Florida 33602 |
|  | Telephone:   (813) 274-6000 |
|  | Facsimile:   (813) 274-6178 |
|  | E-mail: w.stephen.muldrow@usdoj.gov |