UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:08-CR-154-T-27TBM

JAVIER LEONARDO HERNANDEZ
_____/

## ORDER

**BEFORE THE COURT** is the Motion by the United States for Reduction of Defendant's Sentence, pursuant to Rule 35(b) (Dkt.81). Upon consideration, it is

**ORDERED AND ADJUDGED** that the Government's motion (Dkt. 81) is **GRANTED**. The Court grants a two (2) level departure to Offense Level 29, which combined with a Criminal History Category I, results in a sentencing range of 87 to 108 months. Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of **Eighty-Seven (87) months**. The term of supervised release previously imposed shall remain the same.

It is further ORDERED that the Clerk deliver two certified copies of this Order to the United States Marshal or other qualified officer and the copy serve as the commitment of the defendant.

**DONE AND ORDERED** at Tampa, Florida this 19th day of February, 2013.

JAMES D. WHITTEMORE
United States District Judge

Copies:
U.S. Attorney's Office
Defense Counsel
U.S. Marshal
U.S. Probation
Bureau of Prisons